```
McGREGOR W. SCOTT
United States Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>RUDY L. LITTLE,<br><br>            Defendant.<br>_____ | MAG. NO.  08-0276-DAD<br><br>MOTION TO DISMISS<br>AND ORDER |

**MOTION**

HEREBY, the United States moves that this Court enter an order, pursuant to Fed. R. Crim. Pro. 48(a), to dismiss without prejudice the Complaint against LITTLE.

```
DATED: August 14, 2008           McGREGOR W. SCOTT
                                 United States Attorney
                                      /s/Michelle Rodriguez
                                 By _____
                                    MICHELLE RODRIGUEZ
                                    Assistant U.S. Attorney
```

**ORDER**

The United States' motion to dismiss without prejudice the Complaint in MAG No. 08-276-DAD against defendant RUDY L. LITTLE is GRANTED.

DATED: August 15, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/little0276.ord